## 13396

### SOUTH CAROLINA STATE BANK v. SANTEE MILLS

(164 S. E., 1)

*Messrs. Mitchell & Horlbeck* and *E. H. Henderson,* for appellant,

*Messrs. Elliott, McLain, Wardlaw & Elliott* and *B. D. Carter,* for respondent,

April 29, 1932.

The opinion of the Court was delivered by MR. CHIEF JUSTICE BLEASE.

The decree of his Honor, Circuit Judge Townsend, appealed from, sufficiently states the facts of the cause, and, in our opinion, correctly disposed of the legal issues made. It will be reported and is affirmed.

MESSRS. JUSTICES STABLER and BONHAM concur.